# ALDRIDGE | CONNORS LLP

February 14, 2011

Clerk, United States Bankruptcy Court
Western District of North Carolina
Charlotte Division

**REQUEST FOR SERVICE OF NOTICES**

RE:  Debtor(s)           :   Jeffrey Lynn Hildreth
     Case Number         :   11-30040
     Chapter             :   13
     Secured Creditor    :   HSBC Mortgage Services, Inc. NY
     Loan Number         :   8251

Dear Sir / Madam:

   Would you please add the following interested party to the mailing / service list in the above referenced case:

   HSBC Mortgage Services, Inc. NY
   c/o Aldridge Connors LLP
   Bankruptcy Department
   780 Johnson Ferry Road, # 600
   Atlanta, Georgia  30342-0076

   Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

   Very Truly Yours,

   /s/ John D. Schlotter
   John D. Schlotter, Esq.
   Agent for HSBC Mortgage Services, Inc. NY

cc:  Debtor's Counsel
     Trustee

780 Johnson Ferry Road NE
Suite 600
Atlanta, Georgia 30342

P: 678.894.3400
F: 678.510.7477