**Local Form 15** **July 2009**

# NOTICE OF PAYMENT AND/OR ESCROW CHANGE; NOTICE OF COST ADVANCE
(to be filed with the Court)

Debtor name: __Jeffrey Lynn Hildreth__   Case No: __11-30040__

Creditor name: __HSBC__   Last 4 digits of loan # __8251__

I. Escrow Payment Change __x__   Date of Escrow Payment Change: __03/01/2011__

    New payment amt: $ __2430.90__   Principal & interest: $ __1878.64__ Escrow: $ __552.26__

    Prior payment amt: $ __2519.86__   Principal & interest: $ __1952.80__ Escrow $ __567.06__

    Escrow change: Taxes $ __0__ (decrease) Insurance $ _____ (increase)

    Escrow Shortage Other: $_____ (increase)

(Attach annual escrow analysis and basis for change with post-Chapter 13 added fees and costs for the last 12 months shown.)

II. Payment Change (adjustable interest rate): _____ Date of Mortgage Payment Change: _____

    New payment amt: $ _____ (principal & interest) Payment with escrow: $ _____

    New interest rate: _____% (former interest rate: $_____%)

    Interest index/rate: _____/_____%

    Margin +/- index: _____%

III. Advances/Other Contractual Expenses:

    Advance Type: _____ Amount: $_____/$_____

    Paid to: _____ (Name)

    _____ (Address)

Creditor Contact:   ___PO Box 4552, Buffalo, NY 14240-4552_____   Mailing Address
                ____Payment Processing_____   Contact person
                _____866-824-0824_____   Tel #/Fax #
                _____   E-mail address

CERTIFICATE OF SERVICE

Service was provided by: First class mail __x__ and fax _____ or e-mail __x__

on the __10__ day of __May__, __2011__.

__Cindy Boyd__                __/s/Cindy Boyd__

Printed/typed name                                                                 Signature