

FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 16 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

    Jeffrey L. Hildreth

    SSN#: XXX-XX-4579

Chapter 13
CASE NO:   11-30040
Related Document # :   73

## ORDER

ON 07/14/2015,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan due to increase in monthly conduit payment

BARBARA L. WHITE Present

    **AND, THIS COURT FINDS AND CONCLUDES** that:

Debtor does not oppose Trustee's motion.

    **IT IS, THEREFORE, ORDERED** that:

Motion is granted.

Trustee to disburse reserved funds to conduit mortgage creditor.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

    UNITED STATES BANKRUPTCY COURT JUDGE

{:20150716083156:}