**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In Re: | Case No: 11-30040 |
| Jeffrey L. Hildreth | SSN#1 - XXX-XX-4579 |
| 3315 Selwyn Avenue | |
| Charlotte, NC  28209 | |
| | Judge: Laura T. Beyer |

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**DISMISSED AFTER CONFIRMATION**

This Case was                                    The Plan was
Commenced on 01/07/2011              Confirmed on  05/20/2011

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtor for the benefit of Creditors: $139,918.00
Composition Plan.  Minimum payout to unsecured creditors = 1.00%.

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 5,269.14 | 5,269.14 | |
| 1 | | BARBARA L. WHITE | B-Base Attorney Fee(s) | 2,850.00 | 2,850.00 | 0.00 |
| 39 | | BARBARA L. WHITE | L-Legal Fees | 200.00 | 22.78 | 0.00 |
| 40 | | BARBARA L. WHITE | L-Legal Fees | 200.00 | 22.78 | 0.00 |
| 41 | | BARBARA L. WHITE | L-Legal Fees | 200.00 | 22.78 | 0.00 |
| 42 | | BARBARA L. WHITE | L-Legal Fees | 389.00 | 44.32 | 0.00 |
| 43 | | BARBARA L. WHITE | L-Legal Fees | 450.00 | 51.27 | 0.00 |
| 44 | | BARBARA L. WHITE | L-Legal Fees | 450.00 | 0.00 | 0.00 |
| 28 | 4 | JPMORGAN CHASE BANK NA | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 6 | 19 | HSBC MORTGAGE CORP (USA) | M-Mortgage/Lease | 0.00 | 118,595.53 | 0.00 |
| 5 | 19 | HSBC MORTGAGE CORP (USA) | N-Mortgage/Lease Arrears | 32,254.42 | 12,956.90 | 0.00 |
| 30 | 6 | CITY COUNTY TAX COLLECTOR | P-Priority | 82.50 | 82.50 | 0.00 |
| 32 | 7 | INTERNAL REVENUE SERVICE | P-Priority | 0.00 | 0.00 | 0.00 |
| 7 | 7 | INTERNAL REVENUE SERVICE | P-Priority | 63,746.35 | 0.00 | 0.00 |
| 8 | | NC DEPARTMENT OF REVENUE | P-Priority | 0.00 | 0.00 | 0.00 |
| 29 | 5 | CHARLESTON COUNTY BANKRUPTCY | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 3 | 12 | AMERICAN EXPRESS TRAVEL RELATED | U-Unsecured | 10,386.05 | 0.00 | 0.00 |
| 33 | 9 | CPS LLC AS A/O BOA/FIA CARD SVCS N( | U-Unsecured | 12,474.67 | 0.00 | 0.00 |
| 34 | 10 | VANDA LLC | U-Unsecured | 1,014.93 | 0.00 | 0.00 |
| 35 | 13 | AMERICAN EXPRESS TRAVEL RELATED | U-Unsecured | 11,413.33 | 0.00 | 0.00 |
| 36 | 14 | MIDLAND FUNDING LLC | U-Unsecured | 16,415.17 | 0.00 | 0.00 |
| 37 | 15 | AMERICAN EXPRESS TRAVEL RELATED | U-Unsecured | 12,463.65 | 0.00 | 0.00 |
| 38 | 18 | WELLS FARGO BANK | U-Unsecured | 202.36 | 0.00 | 0.00 |
| 31 | 7 | INTERNAL REVENUE SERVICE | U-Unsecured | 88,344.02 | 0.00 | 0.00 |
| 9 | | ABSOLUTE COLLECT SVC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 10 | | ACCESS ONE MED CARD | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 11 | | BERKELEY ELECTRIC COOP | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 12 | | GERARD A BOS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 13 | | CITY OF CHARLESTON | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 14 | 3 | CMC MERCY | U-Unsecured | 208.32 | 0.00 | 0.00 |
| 15 | 11 | VANDA LLC | U-Unsecured | 4,658.47 | 0.00 | 0.00 |
| 16 | | CONCIEGE CABLE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | | DANIELS & NORELLI PC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 | | FOGEL SERVICE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 19 | | FIDELITY INFO CORP | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 20 | | HASTER LAW OFFICE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 21 | 8 | PRA RECEIVABLES MANAGEMENT LLC | U-Unsecured | 28,865.33 | 0.00 | 0.00 |
| 22 | | SEABROOK ISLAND POA | U-Unsecured | 0.00 | 0.00 | 0.00 |

Case No.  11-30040   Jeffrey L. Hildreth

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---:|---:|---:|
| TTE | | TRUSTEE COMPENSATION | | 5,269.14 | 5,269.14 | |
| 23 | 17 | SCOTT & KELLY MCKEE | U-Unsecured | 100,000.00 | 0.00 | 0.00 |
| 24 | | RESORT QUEST - SI | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 25 | 2 | WELLS FARGO BANK | U-Unsecured | 8,213.12 | 0.00 | 0.00 |
| 26 | 16 | MIDLAND FUNDING LLC | U-Unsecured | 387.32 | 0.00 | 0.00 |
| 27 | 1 | WELLS FARGO BANK | U-Unsecured | 3,816.67 | 0.00 | 0.00 |
| | 4 | BROCK & SCOTT PLLC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | **$404,954.82** | **$139,918.00** | **$0.00** |

WHEREFORE,  your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on September 10, 2015.

M.  Greene
Office of the Chapter 13 Trustee

Warren L. Tadlock
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100
(704) 372-9650

Jeffrey L. Hildreth, 3315 Selwyn Avenue,  Charlotte, NC  28209

Case No. 11-30040    Jeffrey L. Hildreth
Total Served: 1