

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 11−30040
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Jeffrey Lynn Hildreth
       dba Hildreth Design Company, dba Dress to Sell
    3315 Selwyn Avenue
    Charlotte, NC 28209
    Social Security No.: xxx−xx−4579

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Warren L. Tadlock is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: September 11, 2015            BY THE COURT

                                                 Laura T. Beyer
                                                 United States Bankruptcy Judge

Electronically filed and signed (9/11/15)