United States Bankruptcy Court
Western District of North Carolina

In re:  
Jeffrey Lynn Hildreth  
    Debtor

Case No. 11-30040-ltb  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0419-3     User: espinosaa     Page 1 of 1     Date Rcvd: Sep 11, 2015  
                      Form ID: 150        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2015.  
db        +Jeffrey Lynn Hildreth,   3315 Selwyn Avenue,   Charlotte, NC 28209-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty         WLTadlock1  
                                                                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2015 at the address(es) listed below:  
        Barbara L. White    on behalf of Debtor Jeffrey Lynn Hildreth barbara@barbaralwhite.com  
        John D. Schlotter    on behalf of Creditor    HSBC Bank USA ecfmail@aldridgepite.com, jschlotter@ecf.inforuptcy.com  
        John D. Schlotter    on behalf of Creditor    HSBC Mortgage Services ecfmail@aldridgepite.com, jschlotter@ecf.inforuptcy.com  
        Sean M. Corcoran    on behalf of Creditor    HSBC Mortgage Services sean.corcoran@brockandscott.com, cltecfnotices@brockandscott.com;wbecf@brockandscott.com  
        Sean M. Corcoran    on behalf of Creditor    Chase Home Finance, LLC sean.corcoran@brockandscott.com, cltecfnotices@brockandscott.com;wbecf@brockandscott.com  
        Warren L. Tadlock    wtadlock@ch13clt.com  
                                                                                                                                                 TOTAL: 6



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 11−30040
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Jeffrey Lynn Hildreth
        dba Hildreth Design Company, dba Dress to Sell
    3315 Selwyn Avenue
    Charlotte, NC 28209
    Social Security No.: xxx−xx−4579

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Warren L. Tadlock is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: September 11, 2015                BY THE COURT

                                         Laura T. Beyer
                                         United States Bankruptcy Judge

Electronically filed and signed (9/11/15)