# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 11-30040

Debtors: Jeffrey L. Hildreth
3315 Selwyn Avenue
Charlotte, NC 28209

FILED
U.S. Bankruptcy Court
of NC

MAR 28 2016

Steven T. Salata, Clerk
Charlotte Division
JLB

Account Number: 8251

Creditor Information: HSBC MORTGAGE CORP (USA) 2929 WALDEN AVENUE DEPEW NY 14043-0000 // 1ST MTG CONDUIT-3315 SELWYN AVE CHLT NC
Amount of Turnover: $25,248.00        63-P/W-Cont Debt Prin

**Total Turnover Amount: $25,248.00**

C6